UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:09CR42 CDP |
| SHAWN HOUSE, | ) | |
| Defendant. | ) | |

## ORDER

As plaintiff has waived the bond revocation hearing and consented to remand to custody,

**IT IS HEREBY ORDERED** that defendant Shawn House is remanded to custody pending sentencing, and the petition for revocation of bond is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2009.